**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ROBERT HAVILAND, | : | No. 42 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BARRY SMITH, SUPERINTENDENT SCI | : | |
| HOUTZDALE; PENNSYLVANIA | : | |
| ATTORNEY GENERAL, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**. Furthermore, the Motion for Leave of Court to File a Response is **GRANTED**, and the Prothonotary is **DIRECTED** to docket the Response received on April 24, 2017. The Petition for Writ of Habeas Corpus is **DENIED**.